# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BUMBLE BEE PARENT, INC., *et al.*,[1] | Case No. 19-12502 (LSS) |
| Debtors. | (Joint Administration Requested) |

## AGENDA FOR FIRST DAY HEARING
## AND INDEX OF FIRST DAY PLEADINGS

**Date and Time of Hearing:** <u>NOVEMBER 22, 2019 AT 10:00 A.M. (ET)</u>

**Location:** **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801**

### PETITION AND RELATED PLEADINGS

1. Voluntary Chapter 11 Petitions

    A. Bumble Bee Parent, Inc. [19-12502]
    B. Bumble Bee Holdings, Inc. [19-12503]
    C. Bumble Bee Foods, LLC [19-12504]
    D. Anova Food, LLC [19-12505]
    E. Bumble Bee Capital Corp. [19-12506]

2. Declaration of Kent McNeil in Support of Chapter 11 Petitions and First-Day Motions [D.I. 17, 11/21/19]

### MATTERS GOING FORWARD

3. Debtors' Motion for an Order, Pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1, Authorizing the Joint Administration of the Debtors' Chapter 11 Cases [D.I. 2, 11/21/19]

    <u>Status</u>: This matter is going forward.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Bumble Bee Parent, Inc. (5118); Bumble Bee Holdings, Inc. (1051); Bumble Bee Foods, LLC (0146); Anova Food, LLC (2140); and Bumble Bee Capital Corp. (7816). The headquarters for the above-captioned Debtors is 280 Tenth Avenue, San Diego, CA 92101.

01:25274788.2

4. Debtors' Application for Appointment of Prime Clerk LLC as Claims and Noticing Agent [D.I. 3, 11/21/19]

   Status:    This matter is going forward.

5. Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a) and 366 of the Bankruptcy Code, (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (IV) Granting Related Relief, Including Setting a Final Hearing Related Thereto [D.I. 4, 11/21/19]

   Status:    This matter is going forward.

6. Debtors' Motion for Entry of Interim and Final Orders, Pursuant to Sections 105(a), 363(b), 363(c), 507(a)(4), and 507(a)(5) of the Bankruptcy Code, (A) Authorizing (I) Payment of Prepetition Employee Wages, Salaries, and Other Compensation; (II) Payment of Prepetition Employee Business Expenses; (III) Contributions to Prepetition Employee Benefit Programs and Continuation of Such Programs in the Ordinary Course; (IV) Payment of Workers' Compensation Obligations; (V) Payments for Which Prepetition Payroll Deductions Were Made; (VI) Payment of All Costs and Expenses Incident to the Foregoing Payments and Contributions; and (VII) Payment to Third Parties of All Amounts Incident to the Foregoing Payments and Contributions; (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (C) Granting Related Relief [D.I. 5, 11/21/19]

   Status:    This matter is going forward.

7. Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a), 363(b), 507(a)(8), 541, 1107(a), and 1108 of the Bankruptcy Code, (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [D.I. 6, 11/21/19]

   Status:    This matter is going forward.

8. Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a) and 363 of the Bankruptcy Code, (I) Authorizing Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with Insurance Programs, Including Payment of Policy Premiums and Broker Fees; and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [D.I. 7, 11/21/19]

   Status:    This matter is going forward.

9. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Honor and Continue Customer Programs and Customer Obligations in the Ordinary Course of Business and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [D.I. 8, 11/21/19]

      Status:    This matter is going forward.

10. Debtors' Motion for an Order Enforcing Section 362 of the Bankruptcy Code and Confirming the Debtors' Authority with Respect to Postpetition Operations [D.I. 9, 11/21/19]

    Status:    This matter is going forward.

11. Debtors' Motion for Entry of an Order (I) Granting Administrative Expense Priority to All Undisputed Obligations for Goods Ordered Prepetition and Received Postpetition and Authority to Satisfy Such Obligations in the Ordinary Course of Business, and (II) Granting Related Relief [D.I. 10, 11/21/19]

    Status:    This matter is going forward.

12. Debtors' Motion for Interim and Final Orders Authorizing (A) Continued Use of Cash Management System; (B) Maintenance of Existing Bank Accounts; (C) Continued Use of Existing Business Forms; (D) Continued Performance of Intercompany Transactions in the Ordinary Course of Business and Grant of Superpriority Administrative Expense Status for Postpetition Intercompany Claims; and (E) Interim Suspension of Section 345(b) Deposit and Investment Requirements [D.I. 11, 11/21/19]

    Status:    This matter is going forward.

13. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Secured Financing and (B) Utilize Cash Collateral; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Granting Adequate Protection; (IV) Modifying Automatic Stay; (V) Scheduling Final Hearing; and (VI) Granting Related Relief [D.I. 12, 11/21/19]

    A. [FILED UNDER SEAL] Fee Letters Relating to DIP Facilities [D.I. 13, 11/21/19]

    B. Declaration of Eric Winthrop in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Secured Financing and (B) Utilize Cash Collateral; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Granting Adequate Protection; (IV) Modifying Automatic Stay; (V) Scheduling Final Hearing; and (VI) Granting Related Relief [D.I. 15, 11/21/19]

    Status:    This matter is going forward.

14. Debtors' Motion for Entry of an Order Authorizing the Filing Under Seal of the Fee Letters Relating to the DIP Facilities [D.I. 14, 11/21/19]

    Status:    This matter is going forward.

15. Debtors' Motion for Entry of Interim and Final Orders, Pursuant to Sections 105(a), 363(b), 503(b), 1107(a), and 1108 of the Bankruptcy Code, (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Foreign Vendors; (B) Domestic Critical Vendors; and (C) Lienholders; (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Granting Certain Related Relief [D.I. 16, 11/21/19]

   <u>Status</u>:   This matter is going forward.

Dated: November 21, 2019
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Ashley E. Jacobs*
Pauline K. Morgan (No. 3650)
Ryan M. Bartley (No. 4985)
Ashley E. Jacobs (No. 5635)
Elizabeth S. Justison (No. 5911)
Jared W. Kochenash (No. 6557)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Alan W. Kornberg
Kelley A. Cornish
Claudia R. Tobler
Christopher Hopkins
Rich Ramirez
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Proposed Co-Counsel to the Debtors and Debtors in Possession*