# SIGN-IN SHEET

**CASE NAME:** Bumble Bee Parent, Inc.  **COURTROOM NO.:** 2

**CASE NO.** 19-12502 LSS  **DATE:** 11/22/19

**PLEASE PRINT CLEARLY OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Anthony DeLeo | Cadwalader | Antitrust Plaintiffs |
| Kelley Cornish, Adam Sypott, Claudia Tobler, Christopher Hopkins | Paul Weiss | Debtors |
| Austin Witt, Patricia Walsh | | |
| Pauline Morgan, Ryan Dooley, Michael Nestros, Ashley Jacobs | Young Conaway | |
| Elizabeth Justison | | |
| Brendan Schlauch | RLF | DIP TERM AGENT |
| Paul Heath | " | " |
| Zach Shapiro | " | " |
| Dara Griffiths | Weil | " |
| Debra Hoane | " | " |
| David L. Buchbinder | USTP / DOJ | UST |

Bennu Bee - Part 2

| | | | |
|---|---|---|---|
| Andrew Tenzer | Paul Hastings | Wells Fargo Capital (as agent) | |
| Mike Comerford | " | " | |
| Matthew Ward | Womble | | |
| Christine McCabe Jeffrey | Moser + Assocs. | FCF | |
| Sean Jacob P. Rosen | " | by Cartcall FCF | |
| Josef Abbott | NWAT | IAN SMOTH | |
| CHRISTOPHER HOPKINS | Paul Weiss | Debtors | |
| Seth Niederman | Fox Rothschild | Direct Purchase Plaintiffs | |
| Catherine Youngman | " | " | |

# Court Conference

| Calendar Date: | 11/22/2019 |
| --- | --- |
| Calendar Time: | 10:05 AM ET |

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Laurie Selber Silverstein
### #2

*Amended Calendar Nov 22 2019 7:58AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10207315 | Alix Brozman | (646) 213-7400 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10207835 | James Cecil | (612) 766-8360 ext. | Faegre Baker Daniels LLP | Client, James Cecil / LISTEN ONLY |
| | | Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10207186 | Aaron David | (212) 373-3000 ext. | Paul Weiss Rifkind Wharton & Garrison | Debtor, Bumble Bee Parent Inc. / LISTEN ONLY |
| | | Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10207765 | Jason DiBattista | (212) 205-8553 ext. | LevFin Insights | Interested Party, LevFin Insights / LISTEN ONLY |
| | | Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10207814 | Jonathan Edwards | (404) 881-4985 ext. | Alston & Bird LLP | Interested Party, CVS / LISTEN ONLY |
| | | Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10207887 | Alexander Gladstone | (212) 416-4512 ext. | The Wall Street Journal | Interested Party, The Wall Street Journal / LISTEN ONLY |
| | | Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10207772 | Kevin Glassman | (213) 234-3805 ext. | Alix Partners | Interested Party, Alix Partners / LIVE |
| | | Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10207852 | Seth Goldman | (213) 683-9554 ext. | Munger, Tolles & Olson LLP | Creditor, Costco / LISTEN ONLY |
| | | Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10207843 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | | Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10207430 | Jill Irvin | (858) 715-4000 ext. | Bumble Bee Parent | Debtor, Bumble Bee Parent, Inc. / LISTEN ONLY |
| | | Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10207854 | Christian P. Jensen | (212) 558-4362 ext. | Sullivan & Cromwell | Creditor, Sullivan & Cromwell / LISTEN ONLY |
| | | Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10207806 | Hannah Kim | (917) 678-9044 ext. | Hannah Kim - In Pro Per/Pro Se | Interested Party, Hannah Kim / LISTEN ONLY |
| | | Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10207938 | Lauren Macksoud | (212) 768-5347 ext. | Dentons US, LLP | Interested Party, Dentons US, LLP / LISTEN ONLY |
| | | Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10207797 | Michele C. Maman-Cohen | (212) 504-6975 ext. | Cadwalader, Wickersham & Taft LLP | Interested Party, Cadwalader / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10207842 | Emily Manbeck | (202) 326-4020 ext. 6607 | Pension Benefit Guaranty Corporation | Creditor, Pension Benefit Guaranty Corporation / LISTEN ONLY |
| Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10207412 | Alden Nelms | (416) 777-4642 ext. | Bennett Jones SLP | Debtor, Bumble Bee Parent, Inc. / LISTEN ONLY |
| Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10207833 | Victor Noskov | (212) 849-7000 ext. | Quinn Emanuel Urquhart & Sullivan, LLP | Creditor, Class of Purchaser / LISTEN ONLY |
| Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10207776 | Dave Orlofsky | (213) 234-3800 ext. | Alix Partners | Interested Party, Alix Partners / LISTEN ONLY |
| Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10207288 | Lawrence Park | (201) 266-6988 ext. | CRG Financial LLC | Interested Party, CRG Financial, LLC / LISTEN ONLY |
| Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10207799 | Gregory Petrick | (212) 504-6373 ext. | Cadwalader, Wickersham & Taft LLP | Interested Party, Cadwalader / LISTEN ONLY |
| Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10207769 | Sanford P. Rosen | (212) 223-1100 ext. | Rosen & Associates, P.C. | Representing, FCF Co. Limited / LIVE |
| Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10207779 | Shane Soobotin | (310) 789-5750 ext. | Houlihan Lokey | Interested Party, Houlihan Lokey / LISTEN ONLY |
| Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10207773 | Chris Stauble | (212) 310-8000 ext. | Weil Gotshal & Manges LLP | Creditor, DIP Lenders / LISTEN ONLY |
| Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10207428 | Jane Tharp | (858) 715-4000 ext. | Bumble Bee Parent | Debtor, Bumble Bee Parent, Inc. / LISTEN ONLY |
| Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10207774 | Helen Zhang | (213) 234-3800 ext. | Alix Partners | Interested Party, Alix Partners / LISTEN ONLY |
| Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10207407 | Sean Zweig | (416) 777-6254 ext. | Bennett Jones SLP | Debtor, Bumble Bee Parent, Inc. / LISTEN ONLY |