# Court Conference

**U.S. Bankruptcy Court-District of Delaware**

**Confirmed Telephonic Appearance Schedule**

**Honorable Laurie Selber Silverstein**

**#2**

| Calendar Date: | 11/25/2019 |
|---|---|
| Calendar Time: | 11:00 AM ET |

*Amended Calendar  Nov 25 2019  7:26AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10212239 | Derek C. Abbott | (302) 351-9357 ext. | Morris Nichols Arsht & Tunnell LLP | Interested Party, Lion Capital / LISTEN ONLY |
| | | Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10212295 | Ryan M. Bartley | (302) 571-5007 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Bumble Bee Parent, Inc / LIVE |
| | | Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10212108 | Scott E. Blakeley | (949) 260-0611 ext. | Blakeley LLP | Creditor, Thai Union / LISTEN ONLY |
| | | Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10208958 | David L. Buchbinder | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, David Buchbinder / LIVE |
| | | Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10212309 | Mark Cervi | (312) 705-3907 ext. | Alexpartners | Debtor, Bumble Bee Parent, Inc / LIVE |
| | | Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10212273 | Steven H. Church | (302) 661-7606 ext. | Bloomberg LP | Non-Party, Bloomberg News / LISTEN ONLY |
| | | Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10209579 | Mike Comerford | (212) 318-6617 ext. | Paul Hastings LLP | Creditor, Wells Fargo Capitol Finance, LLC / LIVE |
| | | Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10212301 | Kelley A. Cornish | (212) 373-3493 ext. | Paul Weiss Rifkind Wharton & Garrison | Debtor, Bumble Bee Parent, Inc / LIVE |
| | | Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10212312 | Christopher Gartman | (212) 837-6000 ext. | Hughes Hubbard & Reed LLP | Creditor, Matson / LISTEN ONLY |
| | | Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10212200 | Nicholas Giannuzzi | (212) 504-2060 ext. | The Giannuzzi Group, LLP | Interested Party, FCS / LIVE |
| | | Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10209473 | David N. Griffiths | (212) 310-8000 ext. | Weil Gotshal & Manges LLP | Interested Party, Brookefeild Principal Credit / LIVE |
| | | Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10209440 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | | Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10212304 | Christopher Hopkins | (212) 373-3000 ext. | Paul Weiss Rifkind Wharton & Garrison | Debtor, Bumble Bee Parent, Inc / LIVE |
| | | Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10212203 | Blake Horn | (212) 504-2060 ext. | The Giannuzzi Group, LLP | Interested Party, FCA / LIVE |
| | | Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10209030 | Jill Irvin | (858) 715-4000 ext. | Bumble Bee Parent | Debtor, Bumble Bee Parent, Inc. / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10212199 | Hannah Kim | (917) 678-9044 ext. | Hannah Kim - In Pro Per/Pro Se | Interested Party, Hannah Kim / LISTEN ONLY |
| Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10212298 | Alan Kornberg | (212) 373-3209 ext. | Paul Weiss Rifkind Wharton & Garrison | Debtor, Bumble Bee Parent , Inc / LIVE |
| Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10209111 *Andrew Brainz2ers* | Michele C. Maman-Cohen | (212) 504-6975 ext. | Cadwalader, Wickersham & Taft LLP | Interested Party, Cadwalader / LIVE |
| Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10212344 | Patrick C. Maxcy | (312) 876-2810 ext. | Dentons US, LLP | Interested Party, Sperling & Slater / LIVE |
| Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10209144 | Christine McCabe Dehney | (302) 762-0182 ext. | Rosen & Associates, P.C. | Representing, FCF Co. Limited / LIVE |
| Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10212290 | Pauline K. Morgan | (302) 571-6707 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Bumble Bee Parent , Inc / LIVE |
| Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10212264 | Bryant Oberg | (201) 896-6100 ext. | Hain Capital Group, LLC | Interested Party, Hain Capital Group / LISTEN ONLY |
| Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10208986 | Lawrence Park | (201) 266-6988 ext. | CRG Financial LLC | Interested Party, CRG Financial, LLC / LISTEN ONLY |
| Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10208548 | Morgan L. Patterson | (302) 252-4326 ext. | Womble Bond Dickinson ( US ) LLP | Creditor, Wells Fargo Capitol Finance, LLC / LIVE |
| Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10212322 | Gara Paulson | (212) 789-3669 ext. | The Brattle Group, Inc. | Creditor, The Brattle Group, Inc. / LISTEN ONLY |
| Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10209116 | Gregory Petrick | (212) 504-6373 ext. | Cadwalader, Wickersham & Taft LLP | Interested Party, Cadwalader / LISTEN ONLY |
| Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10212229 | Richard C. Ramirez | (212) 373-3320 ext. | Paul Weiss Rifkind Wharton & Garrison | Debtor, Bumble Bee Parent, Inc. / LISTEN ONLY |
| Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10209169 | Sanford P. Rosen | (212) 223-1100 ext. | Rosen & Associates, P.C. | Representing, FCF Co. Limited / LIVE |
| Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10209489 | Zachary Shapiro | (302) 651-7819 ext. | Richards, Layton & Finger, P.A. | Interested Party, Brookefelld Principal Credit / LIVE |
| Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10212323 | Jason Smith | (206) 496-9657 ext. | Undercurrent News | Interested Party, Undercurrent News / LISTEN ONLY |
| Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10209507 | Chris Stauble | (212) 310-8000 ext. | Weil Gotshal & Manges LLP | Creditor, Dip Lender / LISTEN ONLY |
| Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10212206 | Adam Steinberg | (212) 883-3580 ext. | Moelis & Company | Interested Party, FCA / LIVE |
| Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10212138 | Jessica Steinhagen | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10209660 | Vincent F. Sullivan | (302) 437-5542 ext. | Law 360 | Media, Law360 / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10209575 | Andrew Tenzer | (212) 318-6099 ext. | Paul Hastings LLP | Creditor, Wells Fargo Capitol Finance, LLC / LIVE |
| Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10209919 | Jane Tharp | (858) 715-4000 ext. | Bumble Bee Parent | Debtor, Bumble Bee Parent, Inc. / LISTEN ONLY |
| Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10212302 | Claudia Tobler | (202) 223-7354 ext. | Paul Weiss Rifkind Wharton & Garrison | Debtor, Bumble Bee Parent, Inc / LIVE |
| Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10212307 | Patricia Walsh | (212) 373-3000 ext. | Paul Weiss Rifkind Wharton & Garrison | Debtor, Bumble Bee Parent, Inc / LISTEN ONLY |
| Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10212278 | Catherine E. Youngman | (215) 299-2000 ext. | Fox Rothschild LLP | Purchaser, Direct Purchaser / LIVE |
| Bumble Bee Parent, Inc. | 19-12502 | Hearing | 10212297 | Julia Zhu | (212) 789-3650 ext. | Julia Zhu - In Pro Per/Pro Se | In Propria Persona, Jingqiu Zhu / LISTEN ONLY |

Thomas Burt