## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BUMBLE BEE PARENT, INC., *et al.*,[1] | Case No. 19-12502 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON DECEMBER 19, 2019 AT 3:00 P.M. (ET)

### UNCONTESTED MATTERS – CERTIFICATIONS FILED

1.  Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a) and 366 of the Bankruptcy Code, (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (IV) Granting Related Relief, Including Setting a Final Hearing Related Thereto [D.I. 4, 11/21/19]

    Response Deadline:                    December 12, 2019 at 4:00 p.m. (ET) [Extended until December 13, 2019 at 12:00 p.m. (ET) for the Official Committee of Unsecured Creditors]

    Responses Received:

    A.  Objection of San Diego Gas and Electric Company, Southern California Edison Company and Southern California Gas Company [D.I. 114, 12/10/19]

        **i.    Notice of Withdrawal [D.I. 144, 12/17/19]**

    B.  Objection of Atlantic City Electric Company [D.I. 116, 12/12/19]

        i.    Notice of Withdrawal [D.I. 128, 12/16/19]

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Bumble Bee Parent, Inc. (5118); Bumble Bee Holdings, Inc. (1051); Bumble Bee Foods, LLC (0146); Anova Food, LLC (2140); and Bumble Bee Capital Corp. (7816).  The headquarters for the above-captioned Debtors is 280 Tenth Avenue, San Diego, CA 92101.

[2]    **Amended items appear in bold.**

Related Documents:

    C.      Interim Order [D.I. 55, 11/22/19]

    D.      Omnibus Notice of Pleadings and Hearing Thereon [D.I. 75, 11/25/19]

    E.      Certification of Counsel [D.I. 140, 12/17/19]

    F.      Proposed Final Order

Status:    **Items A and B have been withdrawn.**  The Debtors have submitted a revised Proposed Final Order under Certification of Counsel.  No hearing is necessary unless the Court has questions.

2.    Debtors' Motion for Entry of Interim and Final Orders, Pursuant to Sections 105(a), 363(b), 363(c), 507(a)(4), and 507(a)(5) of the Bankruptcy Code, (A) Authorizing (I) Payment of Prepetition Employee Wages, Salaries, and Other Compensation; (II) Payment of Prepetition Employee Business Expenses; (III) Contributions to Prepetition Employee Benefit Programs and Continuation of Such Programs in the Ordinary Course; (IV) Payment of Workers' Compensation Obligations; (V) Payments for Which Prepetition Payroll Deductions Were Made; (VI) Payment of All Costs and Expenses Incident to the Foregoing Payments and Contributions; and (VII) Payment to Third Parties of All Amounts Incident to the Foregoing Payments and Contributions; (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (C) Granting Related Relief [D.I. 5, 11/21/19]

Response Deadline:            December 12, 2019 at 4:00 p.m. (ET) [Extended until December 13, 2019 at 12:00 p.m. (ET) for the Official Committee of Unsecured Creditors and December 16, 2019 at 12:00 p.m. (ET) for the Chubb Companies]

Responses Received:

    A.      Informal comments from the Chubb Companies

Related Documents:

    B.      Interim Order [D.I. 56, 11/22/19]

    C.      Omnibus Notice of Pleadings and Hearing Thereon [D.I. 75, 11/25/19]

    D.      Certification of Counsel [D.I. 137, 12/17/19]

E.      Proposed Final Order

Status:     Item A has been resolved.  The Debtors have submitted a revised Proposed Final Order under Certification of Counsel that reflects the resolution reached regarding Item A and increases the aggregate cap on payment of prepetition Employee Wages and Benefits.  No hearing is necessary unless the Court has questions.

3.      Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a), 363(b), 507(a)(8), 541, 1107(a), and 1108 of the Bankruptcy Code, (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [D.I. 6, 11/21/19]

Response Deadline:                  December 12, 2019 at 4:00 p.m. (ET) [Extended until December 13, 2019 at 12:00 p.m. (ET) for the Official Committee of Unsecured Creditors]

Responses Received:                 None

Related Documents:

    A.      Interim Order [D.I. 57, 11/22/19]

    B.      Omnibus Notice of Pleadings and Hearing Thereon [D.I. 75, 11/25/19]

    C.      Certificate of No Objection [D.I. 125, 12/16/19]

    D.      Proposed Final Order

Status:     The Debtors did not receive any responses to entry of the Proposed Final Order, and a Certificate of No Objection has been filed.  No hearing is necessary unless the Court has questions.

4.      Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a) and 363 of the Bankruptcy Code, (I) Authorizing Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with Insurance Programs, Including Payment of Policy Premiums and Broker Fees; and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [D.I. 7, 11/21/19]

Response Deadline:                  December 12, 2019 at 4:00 p.m. (ET) [Extended until December 13, 2019 at 12:00 p.m. (ET) for the Official Committee of Unsecured Creditors and December 16, 2019 at 12:00 p.m. (ET) for the Chubb Companies]

Responses Received:

    A.      Informal comments from the Chubb Companies

Related Documents:

    B.      Interim Order [D.I. 58, 11/22/19]

    C.      Omnibus Notice of Pleadings and Hearing Thereon [D.I. 75, 11/25/19]

    D.      Certification of Counsel [D.I. 138, 12/17/19]

    E.      Proposed Final Order

Status:    Item A has been resolved, and a revised Proposed Final Order has been submitted under Certification of Counsel.  No hearing is necessary unless the Court has questions.

5.    Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Honor and Continue Customer Programs and Customer Obligations in the Ordinary Course of Business and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [D.I. 8, 11/21/19]

Response Deadline:           December 12, 2019 at 4:00 p.m. (ET) [Extended until December 13, 2019 at 12:00 p.m. (ET) for the Official Committee of Unsecured Creditors]

Responses Received:           None

Related Documents:

    A.      Interim Order [D.I. 59, 11/22/19]

    B.      Omnibus Notice of Pleadings and Hearing Thereon [D.I. 75, 11/25/19]

    C.      Certificate of No Objection [D.I. 126, 12/16/19]

    D.      Proposed Final Order

Status:    The Debtors did not receive any responses to entry of the Proposed Final Order, and a Certificate of No Objection has been filed.  No hearing is necessary unless the Court has questions.

6.    Debtors' Motion for Interim and Final Orders Authorizing (A) Continued Use of Cash Management System; (B) Maintenance of Existing Bank Accounts; (C) Continued Use of Existing Business Forms; (D) Continued Performance of Intercompany Transactions in the Ordinary Course of Business and Grant of Superpriority Administrative Expense Status for Postpetition Intercompany Claims; and (E) Interim Suspension of Section 345(b) Deposit and Investment Requirements [D.I. 11, 11/21/19]

| | |
|---|---|
| Response Deadline: | December 12, 2019 at 4:00 p.m. (ET) [Extended until December 13, 2019 at 12:00 p.m. (ET) for the Official Committee of Unsecured Creditors] |

Responses Received:

    A.    Informal comments from the ABL DIP Agent

Related Documents:

    B.    Interim Order [D.I. 61, 11/22/19]

    C.    Omnibus Notice of Pleadings and Hearing Thereon [D.I. 75, 11/25/19]

    D.    Certification of Counsel [D.I. 139, 12/17/19]

    E.    Proposed Final Order

Status:    Item A has been resolved, and a revised Proposed Final Order has been submitted under Certification of Counsel. No hearing is necessary unless the Court has questions.

7.    Debtors' Application for an Order, Pursuant to Section 327(a) of the Bankruptcy Code, Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel to the Debtors, *Nunc Pro Tunc* to the Petition Date [D.I. 85, 11/27/19]

| | |
|---|---|
| Response Deadline: | December 12, 2019 at 4:00 p.m. (ET) [Extended until December 16, 2019 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors] |

Responses Received:

    A.    Informal comments from the Office of the United States Trustee

    B.    Informal comments from the Official Committee of Unsecured Creditors

Related Documents:

    C.    Certification of Counsel [D.I. 127, 12/16/19]

D.    Proposed Order

Status:    Items A and B have been resolved, and a revised Proposed Order has been submitted under Certification of Counsel.  No hearing is necessary unless the Court has questions.

8.    Debtors' Application for Entry of an Order Authorizing the Employment and Retention of AlixPartners, LLP as Financial Advisor for the Debtors *Nunc Pro Tunc* to the Petition Date [D.I. 86, 11/27/19]

Response Deadline:                          December 12, 2019 at 4:00 p.m. (ET) [Extended until December 16, 2019 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors]

Responses Received:

A.    Informal comments from the Office of the United States Trustee

B.    Informal comments from the Official Committee of Unsecured Creditors

Related Documents:

C.    Certification of Counsel [D.I. 129, 12/16/19]

D.    Proposed Order

Status:    Items A and B have been resolved and a revised Proposed Order has been submitted under Certification of Counsel.  No hearing is necessary unless the Court has questions.

9.    Application of the Debtors, Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014 and 5002, and Del. Bankr. L.R. 2014-1 and 2016-2(h), for Entry of an Order (I) Authorizing Employment and Retention of Houlihan Lokey Capital, Inc. as Financial Advisor and Investment Banker for the Debtors *Nunc Pro Tunc* to the Petition Date, and (II) Modifying Certain Information Requirements of Del. Bankr. L.R. 2016-2 [D.I. 87, 11/27/19]

Response Deadline:                          December 12, 2019 at 4:00 p.m. (ET) [Extended until December 16, 2019 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors]

Responses Received:

A.    Informal comments from the Office of the United States Trustee

B.     Informal comments from the Official Committee of Unsecured Creditors

Related Documents:

C.     Certification of Counsel [D.I. 136, 12/17/19]

D.     Proposed Order

Status:   Items A and B have been resolved, and a revised Proposed Order has been submitted under Certification of Counsel.  No hearing is necessary unless the Court has questions.

10.   Debtors' Application for an Order Authorizing the Retention and Employment of KPMG LLP as Tax Consultant and Accounting Advisor to the Debtors, *Nunc Pro Tunc* to the Petition Date [D.I. 88, 11/27/19]

Response Deadline:                    December 12, 2019 at 4:00 p.m. (ET) [Extended until December 16, 2019 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors]

Responses Received:

A.     Informal comments of the Office of the United States Trustee

B.     Informal comments from the Official Committee of Unsecured Creditors

Related Documents:

C.     Certification of Counsel [D.I. 130, 12/16/19]

D.     Proposed Order

Status:   Items A and B have been resolved, and a revised Proposed Order has been submitted under Certification of Counsel.  No hearing is necessary unless the Court has questions.

11.   Debtors' Application for an Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor *Nunc Pro Tunc* to the Petition Date [D.I. 89, 11/27/19]

Response Deadline:                    December 12, 2019 at 4:00 p.m. (ET) [Extended until December 16, 2019 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors]

Responses Received:                   None

Related Documents:

    A.      Certificate of No Objection [D.I. 131, 12/16/19]

    B.      Proposed Order

Status:    No objections have been received, and a Certificate of No Objection has been filed.  No hearing is necessary unless the Court has questions.

12.    Debtors' Application for an Order Authorizing the Retention and Employment of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Attorneys for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [D.I. 91, 11/27/19]

Response Deadline:                December 12, 2019 at 4:00 p.m. (ET) [Extended until December 16, 2019 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors]

Responses Received:

    A.      Informal comments from the Office of the United States Trustee

    B.      Informal comments from the Official Committee of Unsecured Creditors

Related Documents:

    C.      Supplemental Declaration of Kelley A. Cornish [D.I. 123, 12/16/19]

    D.      Certification of Counsel [D.I. 135, 12/17/19]

    E.      Proposed Order

Status:    Items A and B have been resolved, and a revised Proposed Order has been submitted under Certification of Counsel.  No hearing is necessary unless the Court has questions.

13.    Debtors' Motion for an Order, Pursuant to Sections 105(a) and 331 of the Bankruptcy Code, Bankruptcy Rule 2016(a), and Local Rule 2016-2, Establishing Procedures for Interim Compensation and Reimbursement of Professionals [D.I. 105, 12/5/19]

Response Deadline:                December 12, 2019 at 4:00 p.m. (ET) [Extended until December 16, 2019 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors]

Responses Received:

    A.      Informal comments from the Office of the United States Trustee

Related Documents:

    B.    Certification of Counsel [D.I. 132, 12/16/19]

    C.    Proposed Order

Status:    Item A has been resolved, and a revised Proposed Order has been submitted under Certification of Counsel.  No hearing is necessary unless the Court has questions.

14.    Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code, Authorizing the Debtors to Retain and Compensate Certain Professionals Utilized in the Ordinary Course of Business, *Nunc Pro Tunc* to the Petition Date [D.I. 106, 12/5/19]

Response Deadline:    December 12, 2019 at 4:00 p.m. (ET) [Extended until December 16, 2019 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors]

Responses Received:

    A.    Informal comments from the Office of the United States Trustee

    B.    Informal comments from the Official Committee of Unsecured Creditors

Related Documents:

    C.    Certification of Counsel [D.I. 133, 12/16/19]

    D.    Proposed Order

Status:    Items A and B have been resolved, and a revised Proposed Order has been submitted under Certification of Counsel.  No hearing is necessary unless the Court has questions.

**MATTERS GOING FORWARD**

15.     Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Secured Financing and (B) Utilize Cash Collateral; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Granting Adequate Protection; (IV) Modifying Automatic Stay; (V) Scheduling Final Hearing; and (VI) Granting Related Relief [D.I. 12, 11/21/19]

> Response Deadline:                          December 12, 2019 at 4:00 p.m. (ET) [Extended until December 16, 2019 at 12:00 p.m. for the Chubb Companies and December 17, 2019 at 12:00 p.m. (ET) for the Official Committee of Unsecured Creditors]

> Responses Received:
>
> A.     Informal comments from the Chubb Companies
>
> B.     Informal comments from the Official Committee of Unsecured Creditors
>
> Related Documents:
>
> C.     [FILED UNDER SEAL] Fee Letters Relating to DIP Facilities [D.I. 13, 11/21/19]
>
> D.     Declaration of Eric Winthrop in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Secured Financing and (B) Utilize Cash Collateral; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Granting Adequate Protection; (IV) Modifying Automatic Stay; (V) Scheduling Final Hearing; and (VI) Granting Related Relief [D.I. 15, 11/21/19]
>
> E.     Interim Order [D.I. 68, 11/25/19]
>
> F.     Order Authorizing the Filing Under Seal of the Fee Letters Relating to the DIP Facilities [D.I. 71, 11/25/19]
>
> G.     Omnibus Notice of Pleadings and Hearing Thereon [D.I. 75, 11/25/19]
>
> Status:     Item A has been resolved.  The Debtors and the DIP Agents are working to resolve Item B through revisions to the proposed form of order, which the Debtors intend to submit at or prior to the hearing. This matter is going forward.

16.    Debtors' Motion for Entry of Interim and Final Orders, Pursuant to Sections 105(a), 363(b), 503(b), 1107(a), and 1108 of the Bankruptcy Code, (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Foreign Vendors; (B) Domestic Critical Vendors; and (C) Lienholders; (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Granting Certain Related Relief [D.I. 16, 11/21/19]

Response Deadline:                     December 12, 2019 at 4:00 p.m. (ET) [Extended until December 17, 2019 at **4:00** p.m. (ET) for the Official Committee of Unsecured Creditors]

Responses Received:

A.    Informal comments from the Official Committee of Unsecured Creditors

Related Documents:

B.    Interim Order [D.I. 77, 11/26/19]

C.    Notice of Final Hearing [D.I. 84, 11/27/19]

D.    Debtors' Supplement to Their Motion [D.I. 99, 12/4/19]

Additional Response Received:

**E.    Official Committee of Unsecured Creditors' Reservation of Rights [D.I. 145, 12/17/19]**

Status:    The Debtors are working to resolve Item A **and Item B** and intend to submit a revised Proposed Final Order at or prior to the hearing.  This matter is going forward.

17.    Debtors' Motion for Entry of Orders (I) (A) Approving Bidding Procedures for the Sale of All or Substantially All of the Debtors' Assets, (B) Authorizing and Approving Entry Into the Stalking Horse APA, (C) Approving the Designation of the Stalking Horse Bidder, (D) Approving Bid Protections, (E) Scheduling a Sale Hearing and Objection Deadlines With Respect to the Sale, (F) Scheduling an Auction, (G) Approving the Form and Manner of Notice of the Sale Hearing and Auction, (H) Approving Contract Assumption and Assignment Procedures, and (I) Granting Related Relief; and (II) (A) Approving the Stalking Horse Agreement; (B) Approving the Sale to the Stalking Horse Bidder (or Backup Bidder) of Substantially All of the Purchased Assets of the Debtors, Pursuant to Section 363 of the Bankruptcy Code Free and Clear of All Liens, Claims, Interests, and Encumbrances; (C) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Pursuant to Section 365 of the Bankruptcy Code; (D) Authorizing the Debtors to Consummate Transactions Related Thereto; and (E) Granting Related Relief [D.I. 31, 11/21/19]

Response Deadline:                    December 9, 2019 at 4:00 p.m. (ET) [Extended until December 17, 2019 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors]

Responses Received:

    A.     Informal comments from the Office of the United States Trustee

    B.     Informal comments from the Official Committee of Unsecured Creditors

    C.     Limited Objection of the Chubb Companies [D.I. 111, 12/9/19]

    D.     United States' Limited Objection to Motion for Approval of Bidding Procedures Order [D.I. 112, 12/9/19]

Related Documents:

    E.     Notice of Motion [D.I. 76, 11/25/19]

Status:    Items A and C have been resolved**, and the Debtors have reached an agreement in principle with respect to Item B.  The Debtors are working with the United States to resolve the remaining objection.  In the event that this response remains unresolved, this matter will be going forward on a contested basis.**

*[Remainder of page intentionally left blank]*

Dated:  December 17, 2019
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Ashley E. Jacobs*
Pauline K. Morgan (No. 3650)
Ryan M. Bartley (No. 4985)
Ashley E. Jacobs (No. 5635)
Elizabeth S. Justison (No. 5911)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

-and-

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
Alan W. Kornberg
Kelley A. Cornish
Claudia R. Tobler
Christopher Hopkins
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Proposed Co-Counsel to the Debtors and
Debtors in Possession*

25679987.3