**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BUMBLE BEE PARENT, INC., *et al.*,[1] | Case No. 19-12502 (LSS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 16, 77, 99, 172 & 200 |

**ORDER APPROVING STIPULATION RESOLVING CRITICAL AND**
**FOREIGN VENDOR RELIEF FOR FCF CO. LTD**

Upon consideration of the *Certification of Counsel Regarding Proposed Order Approving Stipulation Resolving Critical and Foreign Vendor Relief for FCF Co. Ltd.* (the "Certification of Counsel");[2] and it appearing that good and sufficient notice of this matter has been given; and this Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and this Court having determined that it may enter a final order consistent with Article III of the United States Constitution; and after due deliberation and good and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED THAT**:

1. The Stipulation attached hereto as **Attachment 1** is approved in its entirety, and its terms are incorporated by reference as if set forth herein in full and unabridged.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Bumble Bee Parent, Inc. (5118); Bumble Bee Holdings, Inc. (1051); Bumble Bee Foods, LLC (0146); Anova Food, LLC (2140); and Bumble Bee Capital Corp. (7816). The headquarters for the above-captioned Debtors is 280 Tenth Avenue, San Diego, CA 92101.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

25783193.1

2. The Debtors and FCF are authorized and directed to take any and all actions required under the Stipulation, and all such actions as are reasonably necessary to effectuate the terms of the Stipulation.

3. This Court shall retain jurisdiction with respect to all matters and/or disputes arising from or related to the implementation or interpretation of this Order, the Stipulation, or the Tuna Supply Agreement.

**Dated: December 27th, 2019**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

25783193.1

2