## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BUMBLE BEE PARENT, INC., *et al.*,[1] | Case No. 19-12502 (LSS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON JANUARY 10, 2020 AT 1:00 P.M. (ET)

**RESOLVED MATTER**

1. Debtors' Motion for Entry of an Order Extending the Time for Filing Schedules & Statements [D.I. 170, 12/19/19]

    Response Deadline:   January 2, 2020 at 4:00 p.m. (ET)

    Responses Received:   None.

    Related Documents:

    A.   Certificate of No Objection [D.I. 212, 1/3/20]

    B.   Order [D.I. 220, 1/6/20]

    Status:   An order has been entered.

**CONTESTED MATTERS GOING FORWARD**

2. Debtors' Motion for Entry of an Order (I) Confirming the Debtors' Authority to Continue Certain Prepetition Incentive Compensation Programs in the Ordinary Course; (II) Approving Key Employee Incentive Program; and (III) Granting Related Relief [D.I. 183, 12/20/19]

    Response Deadline:   January 3, 2020 at 4:00 p.m. (ET)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Bumble Bee Parent, Inc. (5118); Bumble Bee Holdings, Inc. (1051); Bumble Bee Foods, LLC (0146); Anova Food, LLC (2140); and Bumble Bee Capital Corp. (7816). The headquarters for the above-captioned Debtors is 280 Tenth Avenue, San Diego, CA 92101.

    Responses Received:

        A.    Objection of the United States Trustee [D.I. 204, 12/31/19]

        B.    Objection of the Official Committee of Unsecured Creditors [Sealed Version D.I. 209, 1/3/20; Redacted Version D.I. 211, 1/3/20]

    Related Documents:

        C.    Declaration of David Orlofsky in Support of the Debtors' Motion for Entry of an Order (I) Confirming the Debtors' Authority to Continue Certain Prepetition Incentive Compensation Programs in the Ordinary Course; (II) Approving Key Employee Incentive Program; and (III) Granting Related Relief [D.I. 236, 1/7/20]

        D.    Declaration of Jan Tharp in Support of the Debtors' Motion for Entry of an Order (I) Confirming the Debtors' Authority to Continue Certain Prepetition Incentive Compensation Programs in the Ordinary Course; (II) Approving Key Employee Incentive Program; and (III) Granting Related Relief [Sealed Version D.I. 237, 1/7/20; Redacted Version D.I. 238, 1/7/20]

        E.    Debtors' Omnibus Reply in Support of Motion for Approval of Their Annual Incentive and Key Employee Incentive Plans [Sealed Version D.I. 239, 1/7/20; Redacted Version D.I. 240, 1/7/20]

        F.    Debtors' Motion for Entry of an Order Granting the Debtors Leave and Permission to File Debtors' Omnibus Reply in Support of Motion for Approval of Their Annual Incentive and Key Employee Incentive Plans [D.I. 242, 1/7/20]

    Status:    Shortly before the deadline for filing this agenda, the Committee requested that the hearing on this motion be adjourned. The Debtors are considering the request and reserve the right to object to the requested adjournment. This matter is currently going forward.

3.    Motion of the Official Committee of Unsecured Creditors to File the Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for Entry of an Order (I) Confirming the Debtors' Authority to Continue Certain Prepetition Incentive Compensation Programs in the Ordinary Course; (II) Approving Key Employee Incentive Program; and (III) Granting Related Relief [D.I. 210, 1/3/20]

    Response Deadline:    At or before the Hearing

    Responses Received:

        A.    Informal response from the Office of the United States Trustee

<u>Related Documents</u>:

    B.    Objection of the Official Committee of Unsecured Creditors [Sealed Version D.I. 209, 1/3/20; Redacted Version D.I. 211, 1/3/20]

<u>Status</u>:    This matter is going forward.

4.    Debtors' Motion for an Order (I) Authorizing the Filing Under Seal of Their Omnibus Reply to Objections to Debtors' Motion for an Order Approving the Debtors' Annual Incentive Compensation and Key Employee Incentive Programs; and (II) Directing Parties to Redact Confidential Information [D.I. 241, 1/7/20]

    <u>Response Deadline</u>:    At the Hearing

    <u>Responses Received</u>:

    A.    Informal response from the Office of the United States Trustee

    <u>Related Documents</u>:

    B.    Debtors' Omnibus Reply in Support of Motion for Approval of Their Annual Incentive and Key Employee Incentive Plans [Sealed Version D.I. 239, 1/7/20; Redacted Version D.I. 240, 1/7/20]

    C.    Declaration of Jan Tharp in Support of the Debtors' Motion for Entry of an Order (I) Confirming the Debtors' Authority to Continue Certain Prepetition Incentive Compensation Programs in the Ordinary Course; (II) Approving Key Employee Incentive Program; and (III) Granting Related Relief [Sealed Version D.I. 237, 1/7/20; Redacted Version D.I. 238, 1/7/20]

    <u>Status</u>:    This matter is going forward.

Dated:    January 8, 2020  
           Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Ashley E. Jacobs*  
Pauline K. Morgan (No. 3650)  
Ryan M. Bartley (No. 4985)  
Ashley E. Jacobs (No. 5635)  
Elizabeth S. Justison (No. 5911)  
Rodney Square  
1000 North King Street  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

-and-

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Alan W. Kornberg
Kelley A. Cornish
Claudia R. Tobler
Christopher Hopkins
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Co-Counsel to the Debtors and Debtors in Possession*