**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BUMBLE BEE PARENT, INC., *et al.*,[1] | Case No. 19-12502 (LSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JANUARY 29, 2020 AT 10:00 A.M. (ET)**

**Location:**   **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801**

**RESOLVED MATTER**

1.    Debtors' Motion for an Order Further Extending the Debtors' Time to Comply with the Requirements of Section 345(b) of the Bankruptcy Code  [D.I. 221, 1/6/20]

Response Deadline:                     January 21, 2020 at 4:00 p.m. (ET)

Responses Received:                  None

Related Documents:

    A.    Certificate of No Objection [D.I. 311, 1/22/20]

    B.    Order Further Extending the Debtors' Time to Comply with the Requirements of Section 345(b) of the Bankruptcy Code  [D.I. 321, 1/23/20]

Status:      An order has been entered.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Bumble Bee Parent, Inc. (5118); Bumble Bee Holdings, Inc. (1051); Bumble Bee Foods, LLC (0146); Anova Food, LLC (2140); and Bumble Bee Capital Corp. (7816).  The headquarters for the above-captioned Debtors is 280 Tenth Avenue, San Diego, CA 92101.

## UNCONTESTED MATTERS - CERTIFICATIONS FILED

2.      Application of the Official Committee of Unsecured Creditors for an Order Authorizing and Approving the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of December 3, 2019 [D.I. 215, 1/3/20]

Response Deadline:                      January 17, 2020 at 4:00 p.m. (ET)

Responses Received:                     None

Related Documents:

      A.      First Supplemental Declaration on Behalf of Lowenstein Sandler LLP in Further Support of the Application of the Official Committee of Unsecured Creditors for an Order Authorizing and Approving the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of December 3, 2019 [D.I. 272, 1/14/20]

      B.      Certificate of No Objection [D.I. 334, 1/27/20]

      C.      Proposed Order

Status:      No objections have been received, and a Certificate of No Objection has been filed.  No hearing is required.

3.      Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing Retention and Employment of Bayard, P.A. as Co-Counsel to the Official Committee of Unsecured Creditors, *Nunc Pro Tunc* to December 3, 2019 [D.I. 216, 1/3/20]

Response Deadline:                      January 17, 2020 at 4:00 p.m. (ET)

Responses Received:                     None

Related Documents:

      A.      Certificate of No Objection [D.I. 335, 1/27/20]

      B.      Proposed Order

Status:      No objections have been received, and a Certificate of No Objection has been filed.  No hearing is required.

4.      Application for Entry of an Order Authorizing the Retention and Employment of Berkeley Research Group, LLC, as Financial Advisor to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to December 6, 2019 [D.I. 217, 1/3/20]

Response Deadline:                                    January 17, 2020 at 4:00 p.m. (ET)

Responses Received:                                 None

Related Documents:

  A.      Certificate of No Objection [D.I. 336, 1/27/20]

  B.      Proposed Order

Status:    No objections have been received, and a Certificate of No Objection has been filed.  No hearing is required.

## MATTER GOING FORWARD

5.      Debtors' Motion for Entry of Orders (I) (A) Approving Bidding Procedures for the Sale of All or Substantially All of the Debtors' Assets, (B) Authorizing and Approving Entry Into the Stalking Horse APA, (C) Approving the Designation of the Stalking Horse Bidder, (D) Approving Bid Protections, (E) Scheduling a Sale Hearing and Objection Deadlines with Respect to the Sale, (F) Scheduling an Auction, (G) Approving the Form and Manner of Notice of the Sale Hearing and Auction, (H) Approving Contract Assumption and Assignment Procedures, and (I) Granting Related Relief; and (II) (A) Approving the Stalking Horse Agreement; (B) Approving the Sale to the Stalking Horse Bidder (or Backup Bidder) of Substantially All of the Purchased Assets of the Debtors, Pursuant to Section 363 of the Bankruptcy Code Free and Clear of All Liens, Claims, Interests, and Encumbrances; (C) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Pursuant to Section 365 of the Bankruptcy Code; (D) Authorizing the Debtors to Consummate Transactions Related Thereto; and (E) Granting Related Relief [D.I. 31, 11/21/19]

Cure/Assignment Response Deadline:            January 16, 2020 at 4:00 p.m. (ET)

Cure/Assignment Responses Received:

  A.      Informal response of Preferred Freezer Services, LLC

  B.      Objection of Walmart Inc. f/k/a Wal-Mart Stores, Inc., and certain of its subsidiaries [D.I. 282, 1/16/20]

  C.      Objection of Matson Logistics, Inc. [D.I. 287, 1/16/20]

Related Documents:

  D.      Notice of Motion [D.I. 76, 11/25/19]

25930941.1

E.      Order (A) Approving Bidding Procedures for the Sale of All or Substantially All of the Debtors' Assets, (B) Authorizing and Approving Entry Into the Stalking Horse APA, (C) Approving the Designation of the Stalking Horse Bidder, (D) Approving Bid Protections, (E) Scheduling a Sale Hearing and Objection Deadlines with Respect to the Sale, (F) Scheduling an Auction, (G) Approving the Form and Manner of Notice of the Sale Hearing and Auction, (H) Approving Contract Assumption and Assignment Procedures, and (I) Granting Related Relief [D.I. 171, 12/19/19]

F.      Notice of Bidding Procedures, Auction Date, and Sale Hearing [D.I. 176, 12/19/19]

G.      Notice of Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Proposed Cure Amounts [D.I. 206, 1/2/20]

H.      Notice of Partial Withdrawal of Notice of Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Proposed Cure Amounts [D.I. 275, 1/14/20]

I.      Notice of Partial Withdrawal of Notice of Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Proposed Cure Amounts [D.I. 299, 1/21/20]

J.      Debtors' Omnibus Reply in Support of the Sale Motion [D.I. 302, 1/21/20]

K.      Order (A) Approving the Stalking Horse Agreement; (B) Approving the Sale to the Stalking Horse Bidder of Substantially All of the Purchased Assets of the Debtors Pursuant to Section 363 of the Bankruptcy Code Free and Clear of All Liens, Claims, Interests, and Encumbrances; (C) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Pursuant to Section 365 of the Bankruptcy Code; (D) Authorizing the Debtors to Consummate Transactions Related to the Above; and (E) Granting Other Relief [D.I. 326, 1/24/20]

L.      Supplemental Notice of Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and Proposed Cure Amounts [D.I. 333, 1/24/20]

Status:   The Court entered an order on January 24, 2020 granting this motion, but continued the hearing with respect to three (3) unresolved cure objections. The Debtors are continuing to work on resolving the cure objections. The Debtors are not planning on having a contested hearing with respect to the remaining cure objections and, if resolved prior to the hearing, will submit an appropriate order.

25930941.1

Dated:   January 27, 2020       YOUNG CONAWAY STARGATT & TAYLOR, LLP
         Wilmington, Delaware

                                */s/ Ashley E. Jacobs*                          
                                Pauline K. Morgan (No. 3650)
                                Ryan M. Bartley (No. 4985)
                                Ashley E. Jacobs (No. 5635)
                                Elizabeth S. Justison (No. 5911)
                                Rodney Square
                                1000 North King Street
                                Wilmington, Delaware 19801
                                Telephone:  (302) 571-6600
                                Facsimile:  (302) 571-1253

                                -and-

                                PAUL, WEISS, RIFKIND, WHARTON &
                                GARRISON LLP
                                Alan W. Kornberg
                                Kelley A. Cornish
                                Claudia R. Tobler
                                Christopher Hopkins
                                1285 Avenue of the Americas
                                New York, New York 10019
                                Telephone: (212) 373-3000
                                Facsimile: (212) 757-3990

                                *Co-Counsel to the Debtors and Debtors in Possession*