IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

Bumble Bee Parent, Inc., *et al.*

Case No. 19-12502 (LSS)
Reporting Period: 11/21/2019 - 12/31/2019

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | ✓ | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | | ✓ |
| Schedule of Professional Fees Paid | MOR-1b | ✓ | | |
| Copies of bank statements | | | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | ✓ | | |
| Balance Sheet | MOR-3 | ✓ | | |
| Status of Postpetition Taxes | MOR-4 | | | ✓ |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | ✓ | | |
| Listing of aged accounts payable | MOR-4 | ✓ | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | ✓ | | |
| Debtor Questionnaire | MOR-5 | ✓ | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____    1/31/20
Signature of Debtor                 Date

_____    _____
Signature of Joint Debtor           Date

_____    1/31/20
Signature of Authorized Individual* Date

Kent McNeil                          CFO
Printed Name of Authorized Individual   Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re:                                                                                               Case No. 19-12502 (LSS)
                                                                                                               (Jointly Administered)
BUMBLE BEE PARENT, INC., *et al.*:           Reporting Period: November 21 -December 31, 2019

## LISTING OF DEBTOR ENTITIES AND NOTES
## TO THE MONTHLY OPERATING REPORT

**General:**
**The report includes consolidated activity from the following Debtors and related case numbers:**

| Debtors | Case # |
|---|---|
| Bumble Bee Parent, Inc. (5118) | 19-12502 |
| Bumble Bee Holdings, Inc. (1051) | 19-12503 |
| Bumble Bee Foods, LLC (0146) | 19-12504 |
| Anova Food, LLC (2140) | 19-12505 |
| Bumble Bee Capital Corp. (7816) | 19-12506 |

**General Notes to the MOR:**

Debtor-in-Possession Financial Statements
This Monthly Operating Report ("MOR") has been prepared solely for the purpose of complying with the monthly reporting requirements applicable in the bankruptcy cases. The financial information contained herein is unaudited, preliminary, limited in scope, and as discussed below, may not comply with accounting principles generally accepted in the United States of America ("U.S. GAAP") in all material respects.

Liabilities Subject to Compromise
As a result of the chapter 11 filing, the payment of pre-petition indebtedness is subject to compromise. The determination of how liabilities will ultimately be settled and treated has not yet been made. The amounts currently classified as liabilities subject to compromise are preliminary and may be subject to future adjustments depending on bankruptcy court actions, first day motions that allow certain prepetition liabilities to be paid in the ordinary course, further developments with respect to disputed claims, determinations of the secured status of certain claims, the values of any collateral securing such claims, assumption or rejection of executory contracts, impact of an asset purchase agreement and liabilities being assumed by the buyer, and continued reconciliation and other events.

Intercompany Transactions
Intercompany activity has not been segregated between prepetition and post-petition activity and has not been reclassified to liabilities subject to compromise

Restructuring Costs
Expenses directly associated with the chapter 11 filings have not been reported separately and are included in the income statement within the administrative line item for Bumble Bee Foods, LLC.  Regarding MOR-1b, no payments have been made to any retained professionals during the reporting period.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BUMBLE BEE PARENT, INC., *et al.*,[1] | Case No. 19-12502 (LSS) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION REGARDING POST-PETITIOIN BANK
ACCOUNT RECONCILIATIONS AND COMPLIANCE
AND PAYMENT OF POST-PETITION TAXES**

I, Kent McNeil, Chief Financial Officer of Bumble Bee Foods, LLC and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby certify as follows:

1. Attached to MOR-1 is a listing of the Debtors' bank accounts, by account number, and the closing balances for the reported periods. Such accounts were reconciled in accordance with the Debtors' ordinary course accounting practices during the reported period.

2. To the best of my knowledge and belief, the Debtors are current on all post-petition taxes, and no post-petition tax amounts are past due.

Dated: 1/31/20

Kent McNeil
Chief Financial Officer

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Bumble Bee Parent, Inc. (5118); Bumble Bee Holdings, Inc. (1051); Bumble Bee Foods, LLC (0146); Anova Food, LLC (2140); and Bumble Bee Capital Corp. (7816). The headquarters for the above-captioned Debtors is 280 Tenth Avenue, San Diego, CA 92101.

Bumble Bee Parent, Inc., *et al.*  
Debtors

Case No. 19-12502 (LSS)  
Reporting Period: 11/21/2019 - 12/31/2019

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| (USD in 000s)<br>Start Date<br>End Date | Bumble Bee Foods, LLC<br>21-Nov<br>31-Dec | Anova Food, LLC<br>21-Nov<br>31-Dec | Bumble Bee Parent, Inc.<br>21-Nov<br>31-Dec | Bumble Bee Holdings, Inc.<br>21-Nov<br>31-Dec | Bumble Bee Capital Corp.<br>21-Nov<br>31-Dec | Total<br>21-Nov<br>31-Dec |
|---|---|---|---|---|---|---|
| **TOTAL CASH RECEIPTS** | 71,265 | 8,467 | - | - | - | 79,732 |
| **DISBURSEMENTS** | | | | | | |
| Total Raw Purchases | 2,944 | - | - | - | - | 2,944 |
| FCF Disbursements | 18,203 | - | - | - | - | 18,203 |
| Total FG Purchases | 13,983 | 1,097 | - | - | - | 15,081 |
| Total Freight/Warehousing | 4,194 | 459 | - | - | - | 4,653 |
| Total Plant Spend | 6,612 | - | - | - | - | 6,612 |
| **Total Cost of Goods** | **45,936** | **1,557** | **-** | **-** | **-** | **47,493** |
| Total Payroll / Benefits | 2,277 | 92 | - | - | - | 2,369 |
| Total All Other SG&A | 2,773 | 53 | - | - | - | 2,826 |
| Brokerage / Military | - | - | - | - | - | - |
| Advertising/NVSP | - | - | - | - | - | - |
| Insurance | - | - | - | - | - | - |
| IT | - | - | - | - | - | - |
| Professional / Legal Fees | - | - | - | - | - | - |
| Taxes | - | - | - | - | - | - |
| Other G&A | - | - | - | - | - | - |
| Total Other | - | - | - | - | - | - |
| **Total SG&A** | **5,050** | **145** | **-** | **-** | **-** | **5,195** |
| FX, Commodity, & IR Hedge Settlements | 473 | - | - | - | - | 473 |
| Capital Expenditures | 9 | - | - | - | - | 9 |
| Trade Promotion Checks / Deductions | 586 | - | - | - | - | 586 |
| **Other** | **1,068** | **-** | **-** | **-** | **-** | **1,068** |
| **Total Operating Disbursements** | **52,054** | **1,702** | **-** | **-** | **-** | **53,755** |
| US DIP ABL Interest | 898 | - | - | - | - | 898 |
| US DIP Term Loan Interest | 420 | - | - | - | - | 420 |
| ABL Interest | 78 | - | - | - | - | 78 |
| US Term Loan B-1 | 17,004 | - | - | - | - | 17,004 |
| Restructuring Professional Fee | 2,383 | - | - | - | - | 2,383 |
| US DIP Term Loan and ABL Fees | 4,560 | - | - | - | - | 4,560 |
| Utility Deposit / Other APA Schedule Items | 300 | - | - | - | - | 300 |
| **Non Operating Disbursements** | **25,642** | **-** | **-** | **-** | **-** | **25,642** |
| **Transfer to Non-Debtor Asian Entities** | **6,424** | **-** | **-** | **-** | **-** | **6,424** |
| Canadian Transfers | 6,773 | - | - | - | - | 6,773 |
| ANOVA Receipts | 8,467 | 8,467 | - | - | - | 8,467 |
| Bumble Bee Receipts | 71,265 | - | - | - | - | 71,265 |
| **Disbursements to Pay Down US Revolver** | **86,505** | **8,467** | **-** | **-** | **-** | **86,505** |
| **Total Disbursements** | **170,624** | **10,168** | **-** | **-** | **-** | **172,326** |
| **US Trustee Fee in Dollars** | **$ 250,000** | **$ 101,684** | **$ 325** | **$ 325** | **$ 325** | **$ 352,659** |

**MOR-1a**
**Bank Account Listing and Balances**
**For the periods ended November 23, 2019 and December 31, 2019**
*(in thousands)*

**Support Schedule to MOR-1 (Cash-End of Month by Debtor Company and Bank Account)**

| Institution | Entity | Account Type | Account | Balance at 11/23/19 | Balance at 12/31/19 |
|---|---|---|---|---:|---:|
| Wells Fargo Bank, N.A. | ANOVA FOOD, LLC | Restricted AR Account | XXXXXX0356 | $ 499 | $ 17 |
| Wells Fargo Bank, N.A. | ANOVA FOOD, LLC | Payroll Account | XXXXXX6695 | - | - |
| Wells Fargo Bank, N.A. | ANOVA FOOD, LLC | Operating Account | XXXXXX0644 | - | - |
| Wells Fargo Bank, N.A. | ANOVA FOOD, LLC | Controlled Disbursement Account - Check disbursement only | XXXXXX0296 | - | - |
| | | | | 499 | 17 |
| Wells Fargo Bank, N.A. | BUMBLE BEE FOODS, LLC | Restricted AR Account | XXXXXX2800 | 2,613 | 10 |
| Wells Fargo Bank, N.A. | BUMBLE BEE FOODS, LLC | Payroll Account | XXXXXX2826 | - | - |
| Wells Fargo Bank, N.A. | BUMBLE BEE FOODS, LLC | Master Operating Account | XXXXXX2834 | 360 | 50 |
| Wells Fargo Bank, N.A. | BUMBLE BEE FOODS, LLC | Disbursement Account - Flex Spending only | XXXXXX5119 | - | - |
| Wells Fargo Bank, N.A. | BUMBLE BEE FOODS, LLC | Controlled Disbursement Account - Check disbursement only | XXXXXX0494 | - | - |
| Kasikornbank Public Company Limited | BUMBLE BEE FOODS, LLC | Thai rep office - USD Operating Account | XXXXXX0797 | 106 | 1 |
| Kasikornbank Public Company Limited (1) | BUMBLE BEE FOODS, LLC | Thai rep office - THB Operating Account | XXXXXX7723 | 41 | 42 |
| | | | | 3,120 | 103 |
| **New Account opened post petition** | | | | | |
| Wells Fargo Bank, N.A. | BUMBLE BEE FOODS, LLC | DIP Utility Deposit Account | XXXXXX9113 | n/a | 175 |
| Wells Fargo Bank, N.A. | BUMBLE BEE FOODS, LLC | DIP Term Funding Account | XXXXXX9105 | n/a | 40,000 |
| **Total Bank Account Cash** | | | | 3,619 | 40,295 |
| | | | Petty Cash | 2 | 2 |
| **Total Cash** | | | | $ 3,621 | $ 40,297 |

**Notes:**
(1) Converted from Thai Baht to USD.

| Bumble Bee Parent, Inc., *et al.* | Case No. 19-12502 (LSS) |
|---|---|
| Debtors | **Reporting Period: 11/21/2019 - 12/31/2019** |

**MOR-2**
**Individual Debtors Statement of Operations**
**For the Petition to Date to Period Ended December 31, 2019**
*(in thousands)*
**(Unaudited)**

| | Bumble Bee Parent, Inc. | Bumble Bee Holdings, Inc. | Bumble Bee Foods, LLC | Anova Food, LLC | Bumble Bee Capital Corp. | Total |
|---|---:|---:|---:|---:|---:|---:|
| **Revenues:** | | | | | | |
| Gross sales | $ - | $ - | $ 94,722 | $ 10,039 | $ - | $ 104,761 |
| Trade allowances | - | - | (19,421) | (1,763) | - | (21,184) |
| Net sales | - | - | 75,301 | 8,276 | - | 83,577 |
| | | | | | | |
| **Cost of sales** | - | - | 60,772 | 9,188 | - | 69,960 |
| | | | | | | |
| **Gross loss** | - | - | 14,529 | (912) | - | 13,617 |
| | | | | | | |
| **Operating expenses:** | | | | | | |
| Selling | - | - | 3,260 | 330 | - | 3,590 |
| Administrative | - | 36 | 6,783 | 59 | - | 6,878 |
| Amortization | - | - | 675 | 96 | - | 771 |
| **Total operating expenses** | - | 36 | 10,718 | 485 | - | 11,239 |
| | | | | | | |
| **Operating loss** | - | (36) | 3,811 | (1,397) | - | 2,378 |
| | | | | | | |
| Other income (expense) | - | 1 | 177 | (143) | - | 35 |
| Interest expense | - | (15,611) | (2,338) | - | - | (17,949) |
| **Loss before income taxes** | - | (15,646) | 1,650 | (1,540) | - | (15,536) |
| | | | | | | |
| Income tax expense | - | (34,466) | (519) | (495) | - | (35,480) |
| **Net loss attributable to debtor** | $ - | $ 18,820 | $ 2,169 | $ (1,045) | $ - | $ 19,944 |

Bumble Bee Parent, Inc., *et al.*
Debtors

Case No. 19-12502 (LSS)
Reporting Period: 11/21/2019 - 12/31/2019

**MOR-3**
**Individual Debtors Balance Sheets**
**As of December 31, 2019**
**(in thousands)**
**(Unaudited)**

| | Bumble Bee Parent, Inc. | Bumble Bee Holdings, Inc. | Bumble Bee Foods, LLC | Anova Food, LLC | Bumble Bee Capital Corp. | Eliminations | Total |
|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | |
| Current assets: | | | | | | | |
| Cash | $ - | $ - | $ 40,280 | $ 17 | $ - | $ - | $ 40,297 |
| Accounts receivable, net | - | - | 45,366 | 7,249 | - | - | 52,615 |
| Inventories | - | - | 157,969 | 28,682 | - | - | 186,651 |
| Prepaid expenses and other assets | - | - | 8,462 | 670 | - | - | 9,132 |
| Total current assets | - | - | 252,077 | 36,618 | - | - | 288,695 |
| | | | | | | | |
| Property, plant and equipment, net | - | - | 32,525 | 173 | - | - | 32,698 |
| Non-debtor (intercompany) receivables | - | 6,750 | 277,777 | 114,524 | - | - | 399,051 |
| Investment in subsidiaries | 87,624 | 447,445 | 25,854 | - | - | (560,923) | - |
| Other assets | - | - | 14,112 | - | - | - | 14,112 |
| Goodwill | - | - | 269,042 | 8,133 | - | - | 277,175 |
| Trademarks | - | - | 167,600 | 857 | - | - | 168,457 |
| Other intabgible assets, net | - | - | 16,089 | - | - | - | 16,089 |
| **Total assets** | 87,624 | 454,195 | 1,055,076 | 160,305 | - | (560,923) | 1,196,277 |
| | | | | | | | |
| **Liabilities and debtor's equity** | | | | | | | |
| Current liabilities: | | | | | | | |
| Accounts payable | - | - | 11,019 | 728 | - | - | 11,747 |
| Accrued expenses | - | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | - | - | - |
| Legal settlement payable | - | - | 4,000 | - | - | - | 4,000 |
| Term Loans | - | - | - | - | - | - | - |
| Revolving credit facility | - | - | 110,899 | - | - | - | 110,899 |
| Total current liabilities | - | - | 125,918 | 728 | - | - | 126,646 |
| | | | | | | | |
| Deferred income taxes | - | - | - | - | - | - | - |
| Legal settlement payable | - | - | 13,000 | - | - | - | 13,000 |
| Accrued contingent legal expense | - | - | - | - | - | - | - |
| Accrued pension and other obligations | - | - | - | - | - | - | - |
| Non-debtor (intercompany) payables | - | - | - | - | - | - | - |
| Total liabilities | - | - | 138,918 | 728 | - | - | 139,646 |
| | | | | | | | |
| Liabilities subject to compromise: | - | 563,894 | 519,565 | 153,732 | - | - | 1,237,191 |
| | | | | | | | |
| Total deficit | 87,624 | (109,699) | 396,593 | 5,845 | - | (560,923) | (180,560) |
| | | | | | | | |
| **Total liabilities and debtor's equity** | $ 87,624 | $ 454,195 | $ 1,055,076 | $ 160,305 | $ - | $ (560,923) | $ 1,196,277 |

**Notes:**
(1) Intercompany balances have not been adjusted.

| Bumble Bee Parent, Inc., *et al.* | Case No. 19-12502 (LSS) |
|---|---|
| Debtors | **Reporting Period: 11/21/2019 - 12/31/2019** |

## SUMMARY OF UNPAID POSTPETITION DEBTS

| | Days Past Due as of December 31, 2019 | | | | | |
|---|---|---|---|---|---|---|
| | **Current** | **0-30 Days** | **31-60 Days** | **61-90 Days** | **> 91 Days** | **Total** |
| **Trade Payables** | $ 6,974 | $ 2,962 | $ 735 | $ - | $ - | $ 10,671 |
| | 65% | 28% | 7% | 0% | 0% | 100% |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

Past due payables occur in the ordinary course of business and are the result of the late receipt of invoices from vendors. These late received invoices are reviewed, processed and paid as soon as practicable once received.

Bumble Bee Parent, Inc., *et al.*                      Case No. 19-12502 (LSS)
Debtors

# ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| | \multicolumn{6}{c}{Days Past Due as of December 31, 2019} |
|---|---|---|---|---|---|---|
| | **Current** | **0-30 Days** | **31-60 Days** | **61-90 Days** | **> 91 Days** | **Total** |
| **Customer Receivable** | $ 53,399 | $ 3,492 | $ 63 | $ 20 | $ 35 | $ 57,009 |
| | 94% | 6% | 0% | 0% | 0% | 100% |

| | |
|---|---|
| Adjustments | |
| 1. Reserve For Cash Discounts | (1,046) |
| 2. Bad Debt Reserve | (408) |
| 3. Sales Adjustments | (4,122) |
| 4. Other Receivables | 1,182 |
| | (4,394) |
| Total Net Accounts Receivable | $ 52,615 |

# DEBTOR QUESTIONNAIRE

| **Must be completed each month** | **Yes** | **No** |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | ✓ |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | ✓ | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | ✓ | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | ✓ | |