## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BUMBLE BEE PARENT, INC., *et al.*,[1] | Case No. 19-12502 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: March 2, 2020 at 4:00 p.m. (ET)**<br>**Hearing Date: Only if objections are filed** |

**FIRST MONTHLY APPLICATION OF LOWENSTEIN SANDLER LLP
AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD
FROM DECEMBER 3, 2019 THROUGH DECEMBER 31, 2019**

| | |
|---|---|
| **Name of Applicant:** | Lowenstein Sandler LLP |
| **Authorized to provide<br>professional services to:** | The Official Committee of Unsecured Creditors |
| **Date of Retention:** | January 29, 2020 effective as of December 3, 2019 |
| **Period for which compensation<br>and reimbursement is sought:** | December 3, 2019 through December 31, 2019 |
| **Amount of Compensation sought<br>as actual, reasonable and necessary:** | $449,313.60    (80% of $561,642.00) |
| **Amount of Expense Reimbursement<br>sought as actual, reasonable and<br>necessary:** | $1,606.44 |

This is a(n): ☑ Monthly   ☐ Interim   ☐ Final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification numbers, are: Bumble Bee Parent, Inc. (5118); Bumble Bee Holdings, Inc. (1051); Bumble Bee Foods, LLC (0146); Anova Food, LLC (2140); and Bumble Bee Capital Corp. (7816). The headquarters for the above-captioned Debtors is 280 Tenth Avenue, San Diego, CA 92101.

## PRIOR APPLICATION HISTORY

| Date Filed | Period Covered | Requested | | Monthly Statements | | Certificate of No Objection / Signed Order |
|---|---|---|---|---|---|---|
| | | Fees 100% | Expenses | Fees 80% | Expenses | |
| NO PREVIOUS APPLICATIONS | | | | | | |

## SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM DECEMBER 3, 2019 THROUGH DECEMBER 31, 2019

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Adamo, Lesley P. | 2011 | Partner/Corporate / Tax | 7.60 | $895.00 | $6,802.00 |
| Baker, H. Gregory | 2004 | Partner/Litigation | 8.70 | $875.00 | $7,612.50 |
| Citron, Lowell A. | 1991 | Partner/Corporate / Tax | 54.30 | $1,070.00 | $58,101.00 |
| Cohen, Jeffrey | 2000 | Partner/Bankruptcy | 25.80 | $955.00 | $24,639.00 |
| Edelman, Doreen M. | 1987 | Partner/Corporate / Tax | 1.80 | $1,000.00 | $1,800.00 |
| Jaramillo, Zarema A. | 2006 | Partner/Litigation | 12.80 | $850.00 | $10,880.00 |
| Maimin, Rachel | 2005 | Partner/Litigation | 1.80 | $950.00 | $1,710.00 |
| Behlmann, Andrew D. | 2009 | Counsel/Bankruptcy | 24.50 | $750.00 | $18,375.00 |
| Chafetz, Eric S. | 2004 | Counsel/Bankruptcy | 133.20 | $720.00 | $95,904.00 |
| *Chafetz, Eric S. - Travel Time | 2004 | Counsel/Bankruptcy | 5.50 | $360.00 | $1,980.00 |
| Kaplan, Michael A. | 2011 | Counsel/Litigation | 90.10 | $620.00 | $55,862.00 |
| *Kaplan, Michael A. - Travel Time | 2011 | Counsel/Litigation | 2.20 | $310.00 | $682.00 |
| Kimble, Jennifer B. | 2005 | Counsel/Bankruptcy | 17.00 | $710.00 | $12,070.00 |
| Savetsky, Michael | 2005 | Counsel/Bankruptcy | 118.70 | $720.00 | $85,464.00 |
| Chahil, Rasmeet K. | 2017 | Associate/Litigation | 17.80 | $460.00 | $8,188.00 |
| Dashiell, Craig | 2013 | Associate/Litigation | 7.50 | $570.00 | $4,275.00 |
| Giannoglou, Paul F. | 2019 | Associate/Litigation | 10.70 | $420.00 | $4,494.00 |
| Glynn, Katie R. | 2014 | Associate/Litigation | 2.00 | $620.00 | $1,240.00 |
| Goldman, Michelle L. | 2018 | Associate/Litigation | 3.70 | $460.00 | $1,702.00 |
| Gray, Shontae D. | 2013 | Associate/Litigation | 5.60 | $545.00 | $3,052.00 |
| MacDonald, Myles R. | 2017 | Associate/Bankruptcy | 69.20 | $490.00 | $33,908.00 |
| *MacDonald, Myles R. - Travel Time | 2017 | Associate/Bankruptcy | 2.20 | $245.00 | $539.00 |
| Merkin, Jeremy D. | 2015 | Associate/Bankruptcy | 46.70 | $470.00 | $21,949.00 |

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Olivera, Gabriel L. | 2012 | Associate/Bankruptcy | 8.60 | $550.00 | $4,730.00 |
| Papandrea, Michael T. | 2015 | Associate/Bankruptcy | 25.10 | $490.00 | $12,299.00 |
| Ryan, Rebecca J. | 2015 | Associate/Litigation | 2.50 | $500.00 | $1,250.00 |
| Schneider, John P. | 2011 | Associate/Bankruptcy | 13.40 | $525.00 | $7,035.00 |
| Slachetka, Meg | 2013 | Associate/Litigation | 7.60 | $635.00 | $4,826.00 |
| Thomas, C. Patrick | 2018 | Associate/Litigation | 90.00 | $420.00 | $37,800.00 |
| Townsend, Michael C. | 2019 | Associate/Litigation | 27.00 | $420.00 | $11,340.00 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 8.30 | $270.00 | $2,241.00 |
| Jara, Gabriel | N/A | Paralegal/Practice Support | 0.50 | $270.00 | $135.00 |
| Knodel, Mary | N/A | Paralegal/Litigation | 5.20 | $330.00 | $1,716.00 |
| Pagano, Jamie J. | N/A | Paralegal/Practice Support | 7.60 | $300.00 | $2,280.00 |
| Power, Megan | N/A | Paralegal/Corporate / Tax | 39.90 | $310.00 | $12,369.00 |
| Suhail, Aneela | N/A | Paralegal/Practice Support | 6.50 | $255.00 | $1,657.50 |
| Hayter, Carrie T. | N/A | Research Services/Knowledge and Research Services (Formerly Library) | 1.50 | $290.00 | $435.00 |
| Michaud, Zoraida | N/A | Research Services/Knowledge and Research Services (Formerly Library) | 1.00 | $300.00 | $300.00 |
| **TOTAL FEES** | | | **914.10** | | **$561,642.00** |
| **Attorney Blended Rate** | | | | | **$640.72** |
| **\*Reflects 50% rate reduction due to non-working travel time** | | | | | |

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD OF
## DECEMBER 3, 2019 THROUGH DECEMBER 31, 2019

| Task | Task Description | Hours | Fees |
|------|-----------------|-------|------|
| B110 | Case Administration | 37.50 | $22,255.00 |
| B120 | Asset Analysis and Recovery | 283.70 | $151,276.00 |
| B120A | Investigation of Prepetition Lenders | 102.60 | $73,858.00 |
| B130 | Asset Disposition | 113.10 | $81,142.50 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 0.10 | $72.00 |
| B150 | Meetings of and Communication with Creditors | 139.70 | $84,144.50 |
| B160 | Fee/Employment Applications | 5.60 | $2,042.00 |
| B165 | Employment and Retention Applications - Others | 26.70 | $16,406.50 |
| B175 | Fee Applications and Invoices - Others | 0.10 | $72.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 1.40 | $1,035.00 |
| B195 | Non-Working Travel | 9.90 | $3,201.00 |
| B210 | Business Operations | 0.40 | $288.00 |
| B220 | Employee Benefits/Pensions | 64.30 | $43,227.00 |
| B230 | Financing/Cash Collateral | 102.80 | $63,480.50 |
| B240 | Tax Issues | 13.20 | $10,690.00 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 1.80 | $1,296.00 |
| B430A | Court Hearings | 10.90 | $6,940.00 |
| B440 | Schedules and Statements | 0.30 | $216.00 |
|  | **Total** | **914.10** | **$561,642.00** |

## EXPENSE SUMMARY FOR THE PERIOD OF
## DECEMBER 3, 2019 THROUGH DECEMBER 31, 2019

| | |
|---|---|
| Messenger and delivery charges | $19.17 |
| Professional services | $54.74 |
| Computerized legal research | $165.78 |
| Travel | $1,338.38 |
| Meals | $28.37 |
| **Total Disbursements** | **$1,606.44** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BUMBLE BEE PARENT, INC., *et al.*,[1] | Case No. 19-12502 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: March 2, 2020 at 4:00 p.m. (ET)**<br>**Hearing Date: Only if objections are filed** |

**FIRST MONTHLY APPLICATION OF LOWENSTEIN SANDLER LLP**
**AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS FOR COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD**
**FROM DECEMBER 3, 2019 THROUGH DECEMBER 31, 2019**

TO:  THE HONORABLE LAURIE SELBER SILVERSTEIN,
     UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2017 of the Federal Rules of Bankruptcy Procedure, and the Interim Compensation Order (defined below), Lowenstein Sandler LLP ("Lowenstein Sandler"), as counsel to the Official Committee of Unsecured Creditors (the "Committee"), appointed in the chapter 11 cases of Bumble Bee Parent, Inc., *et al.*, the above captioned debtors and debtors-in-possession (collectively, the "Debtors"), submits its first monthly application (the "Application") for allowance of compensation and reimbursement of expenses for the period of December 3, 2019 through December 31, 2019 (the "Fee Period").  By this Application, Lowenstein Sandler seeks a monthly allowance of compensation in the amount of $561,642.00.  Lowenstein Sandler seeks payment of $449,313.60 (80% of the allowed fees) for the Fee Period upon filing a certificate of no objection and/or resolution of any objections.  Lowenstein

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification numbers, are: Bumble Bee Parent, Inc. (5118); Bumble Bee Holdings, Inc. (1051); Bumble Bee Foods, LLC (0146); Anova Food, LLC (2140); and Bumble Bee Capital Corp. (7816). The headquarters for the above-captioned Debtors is 280 Tenth Avenue, San Diego, CA 92101.

Sandler also seeks expense reimbursement in the amount of $1,606.44. In support of this Application, Lowenstein Sandler respectfully states as follows:

## BACKGROUND

1.      On November 21, 2019 (the "Petition Date"), each of the Debtors filed voluntary petitions for relief (the "Chapter 11 Cases") under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware.

2.      The Debtors continue to operate their businesses and manage their property as Debtors-In-Possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee has been appointed in these Chapter 11 Cases.

3.      On December 3, 2019, the Office of the United States Trustee appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 97].

4.      Also on December 3, 2019, the Committee selected Lowenstein Sandler to serve as its counsel and subsequently selected Bayard, P.A. to serve as its Delaware counsel.

5.      On December 18, 2019, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (the "Interim Compensation Order") [Docket No. 156].

6.      On January 29, 2020, the Court entered the *Order Authorizing and Approving the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors effective as of December 3, 2019* ("Retention Order") [Docket No. 342]. The Retention Order authorizes Lowenstein Sandler to be compensated in accordance with the procedures set forth in 11 U.S.C. §§ 330 and 331, the applicable Federal Rules of Bankruptcy Procedure, the rules of this Court and any Order entered by this Court with respect to the compensation of professionals.

7.      Through the Application, Lowenstein Sandler seeks allowance of compensation for professional services rendered for and on behalf of the Committee during the Fee Period.  A detailed description of services rendered during the Fee Period is annexed hereto as Exhibit "A". A schedule of disbursements incurred during the Fee Period is annexed hereto as Exhibit "B".

8.      During the Fee Period, Lowenstein Sandler spent time attending to the Debtors' proposed DIP financing, including: (i) reviewing and analyzing the Debtors' motion for DIP financing (the "DIP Motion"); (ii) conferring with the Committee's financial advisor regarding the DIP Motion and drafting an objection thereto; and (iii) conferring with the Debtors' and the secured lenders' counsel regarding the DIP order and related budget issues.

9.      In addition, Lowenstein Sandler began the Committee's investigation into the acts, conduct, assets, liabilities, and financial condition of the Debtors and their secured lenders, the operation of the Debtors' business and potential estate claims and causes of action, including: (a) preparing discovery requests directed at various case parties; (b) reviewing and analyzing produced documents; (c) preparing a lien review analysis; (d)  reviewing and analyzing civil and criminal antitrust litigations against the Debtors; (e) preparing a litigation analysis memorandum; and (f) drafting a Rule 2004 motion.

10.     Lowenstein Sandler also spent time attending to the Debtors' sale process, including:  (a) reviewing and analyzing the Debtors' motion to approve bidding procedures; (b) reviewing and analyzing the stalking horse APA; (c) drafting an objection to the bidding procedures motion; (d) attending to potential regulatory issues related to the sale process; (e) conferring with counsel for the Debtors and secured lenders regarding issues related to the sale process; (f) reviewing and revising the proposed bid procedures order; and (g) conducting discovery related to the Debtors' sale process.

11.     Finally, Lowenstein Sandler: (a) addressed initial organizational matters associated with establishing a functioning Committee, including, but not limited to, retention of itself and  interviewing and retention of the Committee's financial advisor, and Delaware counsel, preparing Committee by-laws and non-disclosure agreements with the Debtors; (b) reviewed and analyzed the Debtors' retention applications and orders; (c) reviewed and analyzed the concurrent Canadian bankruptcy proceeding of the Debtors' Canadian affiliates; (d) reviewed and analyzed the Debtors' first day and second day motions; (e) reviewed and analyzed the Debtors' KEIP/KERP motion and prepared an objection thereto, including a related motion to seal; (f) attended to tax issues; (g) addressed critical vendor issues; (h) reviewed and analyzed the Debtors' prepetition restructuring support agreement; (i) reviewed and analyzed the Debtors' motion to extend time to file their statements and schedules; (j) prepared for, and attended hearings on behalf of, the Committee; and (k) communicated with the members of the Committee, by telephone and e-mail, to discuss the Debtors' business operations, chapter 11 strategies, and all of the above matters.  Lowenstein Sandler has rendered professional services as counsel to the Committee as requested and as necessary and appropriate in furtherance of the Committee's duties and functions in these Chapter 11 Cases.

12.     Annexed hereto as Exhibit "C", and made part hereof, is a Certification of Eric S. Chafetz, Esq., a partner of Lowenstein Sandler, submitted pursuant to section 504 of the Bankruptcy Code.

### SUMMARY OF SERVICES BY PROJECT CATEGORY

13.     The services rendered by Lowenstein Sandler during the Fee Period are grouped into the categories set forth in Exhibit "A".  The attorneys and paralegals that rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category, are also listed in the attachments hereto.

- 4 -

**DISBURSEMENTS**

14.     Lowenstein Sandler incurred reasonable and necessary out-of-pocket expenses in the sum of $1,606.44 in connection with rendering legal services to the Committee during the Fee Period.  A description of the expenses is set forth in Exhibit "B".  The disbursements are itemized in the annexed schedule.  These disbursements were necessary to effectively render legal services in these Chapter 11 Cases.

15.     During the course of these Chapter 11 Cases, Lowenstein Sandler has incurred and paid its actual and necessary disbursements and expenses.

**VALUATION OF SERVICES & RELIEF REQUESTED**

16.     Attorneys and paraprofessionals employed by Lowenstein Sandler have expended a total of 914.10 hours in connection with this matter during the Fee Period detailed below.

17.     The nature of the work performed by these persons is fully set forth in the detail attached hereto as Exhibit "A".  The hourly rates set forth above are Lowenstein Sandler's current hourly rates for work of this nature.  The reasonable value of the services rendered by Lowenstein Sandler for the Fee Period as counsel to the Committee is $561,642.00.

18.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of these Chapter 11 Cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the cost of comparable services other than in a case under this title.

19.     This is Lowenstein Sandler's first monthly application pursuant to the Interim Compensation Order that was entered on December 18, 2019.  Lowenstein Sandler has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with these Chapter 11 Cases, and there is no

agreement or understanding between Lowenstein Sandler and any other person, other than members of Lowenstein Sandler, for the sharing of compensation to be received for services rendered in these cases.  No prior application has been made to this or any other Court for this Fee Period or for the allowance of fees and disbursements sought herein.

20.    This Application covers the period of December 3, 2019 through December 31, 2019.  Lowenstein Sandler has and will continue to perform additional necessary services subsequent to December 31, 2019, for which Lowenstein Sandler will file subsequent fee applications.

**WHEREFORE**, Lowenstein Sandler respectfully requests the Court grant the Application and allow Lowenstein Sandler's monthly fees in the amount of $561,642.00, less a twenty percent (20%) holdback in the amount of $112,328.40, for a total fee request in the amount of $449,313.60, for professional services rendered to and on behalf of the Committee during the Fee Period, plus reimbursement of its actual, reasonable, and necessary expenses incurred in connection with services rendered during the Fee Period in the sum of $1,606.44, and that it be granted such other and further relief as the Court may deem just and proper.

Dated: February 11, 2020                    **LOWENSTEIN SANDLER LLP**

*/s/ Eric S. Chafetz*
Eric S. Chafetz
Andrew D. Behlmann
1251 Avenue of the Americas
New York, New York, 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402
Email: echafetz@lowenstein.com
            abehlmann@lowenstein.com


*Counsel for the Official Committee Unsecured Creditors*