# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| OLD BBP, INC., *et al.*,[1] | Case No. 19-12502 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: January 19, 2021 at 4:00 p.m. (ET)**<br>**Hearing Date: Only if objections are filed** |

## ELEVENTH MONTHLY APPLICATION OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020

| | |
|---|---|
| **Name of Applicant:** | Lowenstein Sandler LLP |
| **Authorized to provide professional services to:** | The Official Committee of Unsecured Creditors |
| **Date of Retention:** | January 29, 2020 effective as of December 3, 2019 |
| **Period for which compensation and reimbursement is sought:** | October 1, 2020 through October 31, 2020 |
| **Amount of Compensation sought as actual, reasonable and necessary:** | $5,074.40    (80% of $6,343.00) |
| **Amount of Expense Reimbursement sought as actual, reasonable and necessary:** | $3,769.73 |

This is a(n):  ☒ Monthly   ☐ Interim   ☐ Final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Old BBP, Inc. (f/k/a Bumble Bee Parent, Inc.) (5118); Old BBH, Inc. (f/k/a Bumble Bee Holdings, Inc.) (1051); Old BBF, LLC (f/k/a Bumble Bee Foods, LLC) (0146); Anova Food, LLC (2140); and Old BBC Corp. (f/k/a Bumble Bee Capital Corp.) (7186). The headquarters for the above-captioned Debtors is 280 Eleventh Avenue, San Diego, CA 92101.

## PRIOR APPLICATION HISTORY

| Application | Date Filed | Period Covered | Requested Fees 100% | Expenses | Monthly Statements Fees 80% | Expenses | Certificate of No Objection / Signed Order |
|---|---|---|---|---|---|---|---|
| 1st Monthly | 2/11/20 | 12/3/19 – 12/31/19 | $561,642.00 | $1,606.44 | $449,313.60 | $1,606.44 | 3/3/20 D.I. 404 |
| 2nd Monthly | 3/3/20 | 1/1/20 – 1/31/20 | $633,669.00 | $7,112.95 | $506,935.20 | $7,112.95 | 3/25/20 D.I. 438 |
| 3rd Monthly | 3/31/20 | 2/1/28 – 2/29/20 | $172,534.50 | $6,220.68 | $138,027.60 | $6,220.68 | 4/23/20 D.I. 497 |
| 4th Monthly | 5/7/20 | 3/1/20 – 3/31/20 | $153,184.00 | $4,528.05 | $122,547.20 | $4,528.05 | 5/27/20 D.I. 576 |
| 5th Monthly | 6/10/20 | 4/1/20 – 4/30/20 | $88,302.00 | $7,850.51 | $30,446.40 | $7,850.51 | 7/1/20 D.I. 614 |
| 6th Monthly | 7/10/20 | 5/1/20 – 5/31/20 | $38,058.00 | $4,351.48 | $30,446.40 | $4,351.48 | 7/31/20 D.I. 657 |
| 7th Monthly | 8/24/20 | 6/1/20 – 6/30/20 | $37,966.00 | $3,831.41 | $30,372.80 | $3,831.41 | 9/15/20 D.I. 702 |
| 8th Monthly | 9/17/20 | 7/1/20 – 7/31/20 | $37,674.00 | $301.96 | $30,139.20 | $301.96 | 10/08/20 D.I. 723 |
| 9th Monthly | 10/2/20 | 8/1/20 – 8/31/20 | $14,954.00 | $3,769.70 | $11,963.20 | $3,769.70 | 10/26/20 D.I. 743 |
| Third Interim | 10/16/20 | 6/1/20 – 8/31/20 | $90,594.00 | $7,903.07 | | | Pending |
| 10th Monthly | 11/23/20 | 9/1/20 – 9/30/20 | $37,587.50 | $4,737.04 | $30,070.00 | $4,737.04 | 12/15/20 D.I. 774 |

## SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Chafetz, Eric S. | 2004 | Partner/Bankruptcy | 4.70 | $780.00 | $3,666.00 |
| Savetsky, Michael | 2005 | Counsel/Bankruptcy | 0.50 | $750.00 | $375.00 |
| Merkin, Jeremy D. | 2015 | Associate/Bankruptcy | 1.90 | $540.00 | $1,026.00 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 0.10 | $280.00 | $28.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 4.80 | $260.00 | $1,248.00 |
| **TOTAL FEES** | | | 12.00 | | $6,343.00 |
| **Attorney Blended Rate** | | | | | $713.66 |

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD OF**
**OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020**

| Task | Task Description | Hours | Fees |
|---|---|---|---|
| B110 | Case Administration | 0.40 | $262.00 |
| B150 | Meetings of and Communication with Creditors | 3.50 | $2,259.00 |
| B160 | Fee/Employment Applications | 5.90 | $2,314.00 |
| B175 | Fee Applications and Invoices - Others | 0.70 | $338.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 1.50 | $1,170.00 |
|  | **Total** | **12.00** | **$6,343.00** |

**EXPENSE SUMMARY FOR THE PERIOD OF**
**OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020**

| | |
|---|---|
| Document conversion and scanning services | $3,769.73 |
| **Total Disbursements** | **$3,769.73** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OLD BBP, INC., *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 19-12502 (LSS)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: January 19, 2021 at 4:00 p.m. (ET)**<br>**Hearing Date: Only if objections are filed** |

**ELEVENTH MONTHLY APPLICATION OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020**

TO:   THE HONORABLE LAURIE SELBER SILVERSTEIN,
        UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2017 of the Federal Rules of Bankruptcy Procedure, and the Interim Compensation Order (defined below), Lowenstein Sandler LLP ("Lowenstein Sandler"), as counsel to the Official Committee of Unsecured Creditors (the "Committee"), appointed in the chapter 11 cases of Old BBP, Inc., *et al.*, the above captioned debtors and debtors-in-possession (collectively, the "Debtors"), submits its eleventh monthly application (the "Application") for allowance of compensation and reimbursement of expenses for the period of October 1, 2020 through October 31, 2020 (the "Fee Period"). By this Application, Lowenstein Sandler seeks a monthly allowance of compensation in the amount of $6,343.00. Lowenstein Sandler seeks payment of $5,074.40 (80% of the allowed fees) for the Fee Period upon filing a certificate of no objection and/or resolution of any objections. Lowenstein Sandler also

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Old BBP, Inc. (f/k/a Bumble Bee Parent, Inc.) (5118); Old BBH, Inc. (f/k/a Bumble Bee Holdings, Inc.) (1051); Old BBF, LLC (f/k/a Bumble Bee Foods, LLC) (0146); Anova Food, LLC (2140); and Old BBC Corp. (f/k/a Bumble Bee Capital Corp.) (7186). The headquarters for the above-captioned Debtors is 280 Eleventh Avenue, San Diego, CA 92101.

seeks an expense reimbursement in the amount of $3,769.73. In support of this Application, Lowenstein Sandler respectfully states as follows:

## BACKGROUND

1. On November 21, 2019 (the "Petition Date"), each of the Debtors filed voluntary petitions for relief (the "Chapter 11 Cases") under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware.

2. The Debtors continue to operate their businesses and manage their property as Debtors-In-Possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee has been appointed in these Chapter 11 Cases.

3. On December 3, 2019, the Office of the United States Trustee appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 97].

4. Also on December 3, 2019, the Committee selected Lowenstein Sandler to serve as its counsel and subsequently selected Bayard, P.A. to serve as its Delaware counsel.

5. On December 18, 2019, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (the "Interim Compensation Order") [Docket No. 156].

6. On January 29, 2020, the Court entered the *Order Authorizing and Approving the Employment and Retention of Lowenstein Sandler LLP as Counsel to the Official Committee of Unsecured Creditors effective as of December 3, 2019* ("Retention Order") [Docket No. 342]. The Retention Order authorizes Lowenstein Sandler to be compensated in accordance with the procedures set forth in 11 U.S.C. §§ 330 and 331, the applicable Federal Rules of Bankruptcy Procedure, the rules of this Court and any Order entered by this Court with respect to the compensation of professionals, including the Interim Compensation Order.

7. Through the Application, Lowenstein Sandler seeks allowance of compensation for professional services rendered for and on behalf of the Committee during the Fee Period. A detailed description of services rendered during the Fee Period is annexed hereto as **Exhibit "A"**. A schedule of disbursements incurred during the Fee Period is annexed hereto as **Exhibit "B"**.

8. During the Fee Period, Lowenstein Sandler: (a) conferred with various case parties about the pending global settlement and case disposition issues; (b) prepared and filed its third interim fee application; and (c) communicated with the members of the Committee, by telephone and e-mail, to discuss the Debtors' business operations, chapter 11 strategies, and all of the above-referenced matters. Lowenstein Sandler has rendered professional services as counsel to the Committee as requested, and as necessary and appropriate, in furtherance of the Committee's duties and functions in these Chapter 11 Cases.

9. Annexed hereto as **Exhibit "C"**, and made part hereof, is a Certification of Eric S. Chafetz, Esq., a partner of Lowenstein Sandler, submitted pursuant to section 504 of the Bankruptcy Code.

## SUMMARY OF SERVICES BY PROJECT CATEGORY

10. The services rendered by Lowenstein Sandler during the Fee Period are grouped into the categories set forth in **Exhibit "A"**. The attorneys and paralegals that rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category, are also listed in the attachments hereto.

## DISBURSEMENTS

11. Lowenstein Sandler incurred reasonable and necessary out-of-pocket expenses in the sum of $3,769.73 in connection with rendering legal services to the Committee during the Fee Period. A description of the expenses is set forth in **Exhibit "B"**. The disbursements are

itemized in the annexed schedule.  These disbursements were necessary for Lowenstein Sandler to effectively render legal services in these Chapter 11 Cases.

12. During the course of these Chapter 11 Cases, Lowenstein Sandler has incurred and paid its actual and necessary disbursements and expenses.

## VALUATION OF SERVICES & RELIEF REQUESTED

13. Attorneys and paraprofessionals employed by Lowenstein Sandler have expended a total of 12.0 hours in connection with these Chapter 11 Cases during the Fee Period detailed below.

14. The nature of the work performed by these persons is fully set forth in the detail attached hereto as **Exhibit "A"**.  The hourly rates set forth above are Lowenstein Sandler's current hourly rates for work of this nature.  The reasonable value of the services rendered by Lowenstein Sandler for the Fee Period as counsel to the Committee is $6,343.00.

15. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given: (a) the complexity of these Chapter 11 Cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the cost of comparable services other than in a case under this title.

16. This is Lowenstein Sandler's eleventh monthly application pursuant to the Interim Compensation Order.  Lowenstein Sandler has received no payment, and no promises for payment, from any source for services rendered, or to be rendered, in any capacity whatsoever in connection with these Chapter 11 Cases, and there is no agreement or understanding between Lowenstein Sandler and any other person, other than members of Lowenstein Sandler, for the sharing of compensation to be received for services rendered in these Chapter 11 Cases.  No prior application has been made to this or any other Court for this Fee Period or for the allowance of fees and disbursements sought herein.

17.     This Application covers the period of October 1, 2020 through October 31, 2020. Lowenstein Sandler has, and will, continue to perform additional necessary services subsequent to October 31, 2020, for which Lowenstein Sandler will file subsequent fee applications.

**THEREFORE**, Lowenstein Sandler respectfully requests the Court grant the Application and allow Lowenstein Sandler's monthly fees in the amount of $6,343.00, less a twenty percent (20%) holdback in the amount of $1,268.60, for a total fee request in the amount of $5,074.40, for professional services rendered to, and on behalf of, the Committee during the Fee Period, plus reimbursement of its actual, reasonable, and necessary expenses incurred in connection with services rendered during the Fee Period in the sum of $3,769.73, and that it be granted such other and further relief as the Court may deem just and proper.

Dated: December 29, 2020            **LOWENSTEIN SANDLER LLP**

*/s/ Eric S. Chafetz*
Eric S. Chafetz
Andrew D. Behlmann
1251 Avenue of the Americas
New York, New York, 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402
Email: echafetz@lowenstein.com
          abehlmann@lowenstein.com

*Counsel for the Official Committee Unsecured Creditors*